ORSHANSKY & YEREMIAN LLP
Anthony J. Orshansky, Cal Bar No. 199364
David H. Yeremian, Cal Bar No. 226337
Justin Kachadoorian, Cal Bar No. 260356
16133 Ventura Boulevard, Ste. 1245
Encino, California 91436
Tel: (818) 205-1212
Fax: (818) 205-1616

**Attorneys for Plaintiffs**

MECKLER, BULGER TILSON MARICK & PEARSON LLP
Joseph E. Tilson (IL Bar No. 3128988) (Pro Hac Vice)
Jeremy J. Glenn (IL Bar No. 6242988) (Pro Hac Vice)
Jason E. Barsanti, Cal Bar No. 235807)
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel: (312) 474-7900
Fax: (312) 474-7898

FORD & HARRISON LLP
Lyne A. Richardson, Cal Bar No. 143566
Roger L. Scott, Cal Bar No. 247165
350 South Grand Ave, Suite 2300
Los Angeles, CA 90071
Tel: (213) 237-2400
Fax: (213) 237-2401

**Attorneys for Defendant**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| TYRUS COLLINS, ET AL.,  )<br>  )<br>      Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>CARGILL MEAT LOGISTIC SOLUTIONS,  )<br>INC.,  )<br>  )<br>      Defendant.  )<br>_____)  ) | No. 1:10-CV-00500-OWW-GSA<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>DATE: August 5, 2010<br>TIME:   08:15  a.m.<br><br>**TELEPHONIC HEARING**<br><br>**Hon. Oliver W. Wanger** |

Plaintiffs Tyrus Collins and James Greer ("Plaintiffs"), individually and on behalf of all others similarly situated, and Defendant Cargill Meat Logistics Solutions, Inc., a Kansas corporation ("Defendant"), Plaintiffs and Defendant being referred to collectively herein as "the Parties," hereby stipulate as follows:

**STIPULATION**

WHEREAS, a mandatory scheduling conference is currently set for August 5, 2010 at 8:15 a.m.;

WHEREAS, counsel for Defendant, Joseph E. Tilson, will be out of the country on August 5, 2010;

WHEREAS, counsel for the parties have conferred with each other and, on July 27, 2010 with Judge Wanger's Courtroom Deputy, and have agreed to continue the Mandatory Scheduling Conference to August 27, 2010 at 8:30;

THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL THAT:

1. Based on this stipulation, the Mandatory Scheduling Conference currently set for August 5, 2010 at 8:30 a.m. be continued to August 27, 2010 at 8:15 a.m.

DATED: July 28, 2010

                                      */s/ David H. Yeremian*
                                      David H. Yeremian
                                      ORSHANSKY & YEREMIAN LLP
                                      Attorneys for Plaintiffs and the Putative Class

DATED: July 28, 2010

                                      */s/ Jason E. Barsanti*
                                      Jason E. Barsanti
                                      MECKLER BULGER TILSON MARICK & PEARSON LLP
                                      Attorneys for Defendant

**IT IS HEREBY ORDERED THAT:**

    The Mandatory Scheduling Conference currently set for August 5, 2010 at 8:15 a.m. is continued to August 27, 2010 at 8:15 a.m.

IT IS SO ORDERED.

    Dated: **July 29, 2010**                        **/s/ Oliver W. Wanger**
                                                             UNITED STATES DISTRICT JUDGE