1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRUS COLLINS and JAMES GREER, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARGILL MEAT LOGISTIC SOLUTIONS, INC., a Kansas corporation,<br><br>Defendant. | Case No. 10-CV-00500-OWW-GSA<br><br><br>**ORDER** |

Based on the Parties' Stipulation to file a First Amended Class Action Complaint and the First Amended Class Action Complaint attached thereto as Exhibit A, the Court orders as follows:

1. Plaintiffs shall be allowed to file the First Amended Class Action Complaint attached to the Stipulation as Exhibit A.
2. Defendant's Answer currently on file with the Court shall be its Answer to Plaintiffs' First Amended Class Action Complaint.
3. The First Amended Complaint attached to the Stipulation as Exhibit A shall be deemed to be served on Defendant as of the date of this Order.

1
2
3
4
5  IT IS SO ORDERED.
6      Dated:   **August 23, 2010**              /s/ **Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -

[PROPOSED] ORDER