UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYRUS COLLINS, et al., | ) | Case No.1:10-CV-00500-OWW-GSA |
| Plaintiffs, | ) ) ) | **ORDER CONTINUING DEADLINES FOR PRELIMINARY AND FINAL APPROVAL OF CLASS-ACTION SETTLEMENT** |
| v. | ) ) | |
| CARGILL MEAT SOLUTIONS CORPORATION, | ) ) ) | |
| Defendant. | ) ) ) ) ) | |

Good cause appearing therefore, the Court orders as follows:

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' deadline to file their motion for preliminary approval is continued to January 21, 2011;

2. The hearing date for the motion for preliminary approval is continued to March 7, 2011; and,

//

- 1 -

ORDER
Case No. 1:10-CV-00500-OWW-GSA

3. The hearing date for the motion for final approval is continued to June 27, 2011.

IT IS SO ORDERED.

Dated: **January 7, 2011**         **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE