Anthony J. Orshansky, Cal. Bar No. 199364
anthony@oyllp.com
David H. Yeremian, Cal. Bar No. 226337
david@oyllp.com
Justin Kachadoorian, Cal. Bar No. 260356
justin@oyllp.com
ORSHANSKY & YEREMIAN LLP
16133 Ventura Boulevard, Suite 1245
Encino, California 91436
Telephone: (818) 205-1212
Facsimile: (818) 205-1616

Attorneys for Plaintiffs TYRUS COLLINS and JAMES GREER,
on behalf of themselves and others similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRUS COLLINS and JAMES GREER, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARGILL MEAT SOLUTIONS CORPORATION, a Kansas corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.1:10-CV-00500-OWW-GSA<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT**<br><br>Date:  March 7, 2011<br>Time:  10:00 a.m.<br>Ctrm.:  3<br><br>[Hon. Oliver W. Wanger] |

On March 7, 2011, this Court considered Plaintiffs' Motion for Order for Preliminary Approval of Class Action Settlement, the parties' Stipulation of Class Settlement and Release Between Plaintiffs and Defendant (herein, "Stipulation of Settlement"), Notice of Pendency of Class Action, Proposed Settlement, Your Rights, And Options for You to Consider, Claim Form and Request for Exclusion from Class Action Settlement form, and the documents submitted in support of that Motion.  Orshansky & Yeremian LLP appeared as "Class Counsel" for and on

- 1 -

behalf of the Plaintiffs and the class.  Meckler Bulger Tilson Marick & Pearson LLP appeared on behalf of Defendant Cargill Meat Solutions, Inc. ("Defendant").

**IT IS HEREBY ORDERED THAT:**

1. The proposed class defined as follows satisfies the requirements of a settlement class under Rule 23 of the Federal Rules of Civil Procedure: All persons who are or were employed by Defendant at the Fresno Grind Facility in California as nonexempt hourly employees at any time between August 1, 2008 and the date of preliminary approval of the settlement ("Class Members").

2. Anthony J. Orshansky, Esq., and David H. Yeremian, Esq., of Orshansky & Yeremian, LLP, are appointed Class Counsel;

3. The named plaintiffs, Tyrus Collins and James Greer, are appointed Class Representatives;

4. Rust Consulting, Inc. is appointed Claims Administrator;

5. The class-action settlement set forth in the Stipulation of Settlement appears to be proper:  it falls within the range of reasonableness; it is the product of arm's-length and informed negotiations; and it treats all Class Members fairly.  Consequently it is presumptively valid subject only to whatever objections should be raised at the final approval hearing;

6. The Court approves, as to form and content, the proposed Notice of Pendency of Class Action, Claim Form and Request for Exclusion from Class Action Settlement form (collectively "Notice Packet");

7. The Court directs the mailing, by first-class mail, of the Notice Packet to Class Members in accordance with the schedule set forth below.  The Court finds that the selection of dates for the mailing of the Notice Packet meets the requirements of due process, provides the best notice

practicable under the circumstances, and constitutes due and sufficient notice to all persons entitled to notice; and,

5. The following dates shall govern for the purposes of this settlement:

| Timing | Event |
|---|---|
| March 17, 2011 (10 calendar days after preliminary approval of settlement) | Defendant provides Claims Administrator mailing addresses for Class Members. |
| March 25, 2011 (within 20 calendar days after preliminary approval of settlement) | Claims Administrator mails Notice Packet to Class Members. |
| May 9, 2011 (45 calendar days after Claims Administrator mails Notice Packet to Class Members) | Deadline for Class Members to submit Claim Form, Exclusion Form, or objections. |
| May 30, 2011 (28 calendar days before final approval hearing) | Plaintiffs file Motion for Final Approval of Class Action Settlement. |
| June 27, 2011 at 10:00 a.m. | Final Approval Hearing. |

IT IS SO ORDERED.

Dated:   **March 8, 2011**         **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE