ORSHANSKY & YEREMIAN LLP
Anthony J. Orshansky, Cal Bar No. 199364
anthony@oyllp.com
David H. Yeremian, Cal. Bar No. 226337
david@oyllp.com
Justin Kachadoorian, Cal. Bar No. 260356
justin@oyllp.com
16133 Ventura Blvd., Suite 1245
Encino, California 91436
Telephone: (818) 205-1212
Facsimile: (818) 205-1616

*Attorneys for Plaintiffs*

MECKLER BULGER TILSON MARICK &
PEARSON LLP
Joseph E. Tilson, PHV
Jeremy J. Glenn, PHV
Jason E. Barsanti, Cal. Bar No. 235807
jason.barsanti@mbtlaw.com
123 N. Wacker Dr., Suite 1800
Chicago, IL 60606
Telephone: (312) 474-7900
Facsimile: (312) 474-7898

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA

TYRUS COLLINS, et al.,

        Plaintiffs,

        v.

CARGILL MEAT SOLUTIONS
CORPORATION,

        Defendant.

Case No. 10-CV-00500-OWW-GSA

**STIPULATION TO APPROVE REVISION TO STIPUATION OF CLASS ACTION SETTLEMENT AND RELEASE**

    The parties, by and through their counsel of record, stipulate as follows and request that this Court approve the revision to the Stipulation of Class Action Settlement and Release for the following reasons:

    1.  This Court granted preliminary approval of the Stipulation of Class Action

1  Settlement and Release on March 9, 2011;

2      2.  Pursuant to its terms, the Stipulation may only be changed, altered, or

3  modified in writing and signed by the Parties and approved by the Court;

4      3.  Paragraph 9(b) of that Stipulation of Class Action Settlement and Release

5  provided as follows:

6      b.  <u>Change in Policy</u>:  Effective upon preliminary approval of the
       settlement by the Court, or as soon thereafter as reasonably practicable,
7      Defendant will provide or reimburse Class Members for the cost of steel-toe
8      footwear to the extent Defendant requires such footwear to be worn.

9      4.  Subsequent to the Court's approval of the Stipulation of  Class Action

10 Settlement and Release, the Parties learned that Cal-Osha had proposed a clarifying

11 amendment to the General Industry Safety Orders, Title 8, Division 1, Chapter 4,

12 Subchapter 7, Article 10, New Subsection 3380.1 which, if passed, would

13 specifically provide that employers, such as Defendant, need not provide required

14 steel-toed shoes and boots to employees so long as the employer permits such items

15 to be worn off the job-site;

16     5.  In light of this potential change to the applicable regulations, the Parties

17 have agreed to revise paragraph 9(b) above to read as follows (with the additional

18 language in italics):

19     <u>Change in Policy</u>:  Effective upon preliminary approval of the settlement by
       the Court, or as soon thereafter as reasonably practicable, Defendant will
20     provide or reimburse Class Members for the cost of steel-toe footwear to the
21     extent Defendant requires such footwear to be worn *unless Cal-Osha or some*
22     *other governing entity changes or clarifies the regulations or other applicable*
       *law so as to relieve Cargill of its obligation, if any, to reimburse for or*
23     *provide steel-toe footwear, including the currently proposed modifications to*
24     *the General Industry Safety Orders, Title 8, Division 1, Chapter 4,*
       *Subchapter 7, Article 10, New Subsection 3380.1.*
25

26     6.  Notice is scheduled to be sent to Class Members on or before March 25,

27 2011.   However, that Notice does not reference paragraph 9(b) or Defendant's

28

1  agreement to provide or reimburse Class Members for the cost of steel-toe footwear

2  to the extent Defendant requires such footwear to be worn;

3      7. The Parties have made no additional changes to the Stipulation of Class

4  Action Settlement and Release.

5      For the foregoing reasons, the Parties request that the Court APPROVE the

6  Revision to the Stipulation of Class Action Settlement and Release as proposed

7  above.

8

9  DATED:      March 25, 2011         _/ s / Anthony J. Orshansky_____

10                                   Anthony J. Orshansky
                                     ORSHANSKY & YEREMIAN LLP
11                                   Attorneys for Plaintiffs TYRUS
                                     COLLINS and JAMES GREER and
                                     the Putative Class
12

13 DATED:      March 25, 2011         __/ s / Jason E. Barsanti_____

14                                   Jason E. Barsanti
                                     MECKLER BULGER TILSON
15                                   MARICK & PEARSON LLP
                                     Attorneys for Defendant CARGILL
16                                   MEAT SOLUTIONS
                                     CORPORATION

17
   ///
18
   ///
19
20 ///

21 ///

22
23 ///

24 ///

25
26 ///

27
28

- 3 -

## <u>ORDER</u>

Good cause appearing therefore, the Court orders as follows:

**IT IS HEREBY ORDERED THAT:**

1.      The revision to paragraph 9(b) of the Stipulation of Class Action Settlement and Release approved by this Court on March 9, 2011 (Document No. 41), as set forth in the Parties' Stipulation to Approve Revision to Stipulation of Class Action Settlement and Release, is hereby APPROVED.

IT IS SO ORDERED.

Dated:   __**March 25, 2011**__             _____**/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO APPROVE
REVISION TO STIPULATION OF CLASS ACTION SETTLEMENT AND RELEASE